<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JUAN CAMILO CADENA-BOTERO,<br><br>Petitioner,<br><br>v.<br><br>R. THOMPSON, *FCI Fort Dix (Warden)*,<br><br>Respondent. | Civil Action No. 24-11224 (GC)<br><br>**<u>MEMORANDUM & ORDER</u>** |

**<u>CASTNER, District Judge</u>**

Petitioner is a federal prisoner who was previously incarcerated at FCI Fort Dix, Fort Dix MDL, New Jersey. He is proceeding *pro se* with an amended petition (Amended Petition) for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his inability to apply earned time credits. (ECF No. 1.)

On March 12, 2026, Respondent notified this Court that, on December 23, 2025, the Federal Bureau of Prisons ("BOP") released Petitioner from its custody, and he was taken into custody by U.S. Immigration and Customs Enforcement. (ECF No. 11 at 1.) Respondent requests that the Court dismiss the Amended Petition as moot. The Court agrees that Petitioner's release from BOP custody moots his earned time credit challenge. *See Reyes v. Thompson*, No. 24-7052, 2025 WL 2402788, at *1 (D.N.J. Aug. 19, 2025).

**IT IS**, therefore, on this 23rd day of March, 2026, **ORDERED** as follows:

**ORDERED** that Respondent's request to dismiss this matter as moot (ECF No. 11) is **GRANTED;** and it is further

**ORDERED** that the Amended Petition (ECF No. 4) is **DISMISSED without prejudice** as moot; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this matter; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Memorandum and Order on Petitioner by regular U.S. mail at the address on record.

_____
GEORGETTE CASTNER
United States District Judge

2